No. 562, Misc. BERGAMIN *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 563, Misc. SPANS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 566, Misc. LEE *v.* SMYTH, SUPERINTENDENT, VIRGINIA PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 567, Misc. HARRIS *v.* BANMILLER, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 569, Misc. MORETTI *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 488, Misc. IRIZARRY y PUENTE *v.* PRESIDENT AND FELLOWS OF HARVARD COLLEGE ET AL. C. A. 1st Cir. Certiorari denied. MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this application. *J. Irizarry y Puente, pro se. Charles B. Rugg, Oscar M. Shaw* and *James Vorenberg* for respondents.

No. 578, Misc. IN RE PATTERSON. Motion to use record in No. 622, Misc., October Term, 1956, granted. Petition for writ of certiorari to the Supreme Court of Oregon denied. *C. Allan Hart, Jr.* and *R. W. Nahstoll* for petitioner. *Cleveland C. Cory, Hugh L. Biggs* and *Robert S. Miller* for the Oregon State Bar and the Public, respondent.